SENT BY: D ?? MILLER
STONEY & MILLER
COURT REPORTERS
818 W. RIVERSIDE
SUITE 102
SPOKANE, WA 99201

Case 2:98-cv-00032-FVS    ECF No. 29    filed 04/13/99    PageID.162    Page 1 of 8
4-13-99 ;12:17PM ;DAVIS WRIGHT TREMAIN→   509 456 0169;# 3/10

**ORIGINAL**

Stuart R. Dunwoody
Jin H. Kim
Davis Wright Tremaine LLP
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
(206) 622-3150

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 13 1999

JAMES R. LARSEN, CLERK
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES M. BLACKFORD,

    Plaintiff,

v.

BATTELLE MEMORIAL INSTITUTE,

    Defendant.

No. CS-98-032-FVS

DEFENDANT'S WITNESS AND EXHIBIT LIST

## 1. WITNESSES

Defendant, Battelle Memorial Institute, plans to call the following witnesses at trial. Battelle reserves the right to call rebuttal witnesses whose identity cannot now be foreseen.

1. **Richard Chidester.** Mr. Chidester is expected to testify as a rebuttal witness concerning statements he allegedly made concerning plaintiff.

2. **Maureen Gilmore.** Ms. Gilmore is expected to testify regarding the data she provided to Plaintiff for his work on the UniCall project.

3. **Jan Goolsbey.** Mr. Goolsbey is expected to testify concerning Plaintiff's performance during the time that he served as Plaintiff's manager, and the reasons for requesting a fitness-for-duty evaluation of Plaintiff in 1995.

DEFENDANT'S WITNESS AND EXHIBIT LIST - 1
F:\DOCS\21026\65\24001PLD.DOC

Davis Wright Tremaine LLP
LAW OFFICES

4. **Gregor Hanson.** Mr. Hanson is expected to testify concerning the proceedings and conclusions of the Staff Concerns Resolution Board that investigated various allegations of Plaintiff's in 1995.

5. **Earl Heister.** Mr. Heister is expected to testify concerning Plaintiff's work performance during Plaintiff's employment by Battelle and the reasons that he recommended that Battelle terminate Plaintiff's employment.

6. **Robert Mahan.** Mr. Mahan is expected to testify regarding Plaintiff's work on the UniCall project, his interactions with Plaintiff on that project, and Plaintiff's performance while an employee of Battelle.

7. **Richard Neal.** Mr. Neal is expected to testify concerning Plaintiff's actions during periodic meetings with him and Mr. Goolsbey, and the reasons why Battelle requested a fitness-for-duty evaluation of Plaintiff.

8. **Peg Wilson.** Ms. Wilson (formerly known as Peg Jarrett) is expected to testify concerning Battelle's response to Plaintiff's discrimination allegations concerning Battelle in 1995.

9. **Gerald Work.** Mr. Work is expected to testify concerning Plaintiff's performance, and the reasons for his decision to terminate Plaintiff's employment.

## II. EXHIBITS

Battelle plans to offer the following exhibits at trial. Battelle reserves the right to offer impeachment or rebuttal exhibits, the identify of which cannot now be foreseen.

| Exhibit Number | Document Date | Description | Document Production Numbers |
|---|---|---|---|
| 200 | 8/11/92 | Patient information and medical history form for James M. Blackford from Hanford Environmental Health Foundation | 000034-42 |
| 201 | 5/93 | Memorandum from RE Mahan to File | BMI 001667-68 |

| Exhibit Number | Document Date | Description | Document Production Numbers |
|---|---|---|---|
| 202 | 7/28/93 | Notes on Copyright/Ethics Issues & Events [Blackford Dep. Exh. 27] | BMI 000465-480 |
| 203 | 8/11/93 | Battelle memorandum from MW Gladstone to JM Blackford | JMB 41 |
| 204 | 4/4/94 | E-mail message from J. Michael Blackford to Jan E. Goolsbey | BMI 002700 |
| 205 | 5/26/94 | E-mail message from J. Michael Blackford to PNL IS&S Customer Feedback [Blackford Dep. Exh. 30] | BMI 000617-19 |
| 206 | 9/27/94 | Battelle memorandum from Robbin Johanson to Jan Goolsbey | BMI 002712 |
| 207 | 10/2/94 | Memorandum from JE Goolsbey to JD McCoy | BMI 000638-39 |
| 208 | 12/13/94-12/14/94 | E-mail messages between Peggy L. Bott, Walt Discenza, and J. Michael Blackford | BMI 001378 |
| 209 | 12/13/94-12/15/94 | E-mail messages between Mary J. Heaton, Jan E. Goolsbey, and J. Michael Blackford | BMI 002939-941 |
| 210 | 12/28/94-12/29/94 | E-mail messages between JD Fluckiger, J. Michael Blackford, and Jan E. Goolsbey | BMI 002944-46 |
| 211 | 1/25/95 | Notes re: telephone discussion with Earl Heister | BMI 000677 |
| 212 | 2/9/95-2/10/95 | Notes re: meetings with Mike and Jan | BMI 001445 |
| 213 | 2/16/95 | Performance Review and Development Plan Summary for J. Michael Blackford | BMI 000280-83 |
| 214 | 2/22/95 | Memorandum from J. Michael Blackford to Jan E. Goolsbey [Blackford Dep. Exh. 5] | JMB 245-269 |
| 215 | 2/22/95 | Notes re: meeting with Mick and Dick Neal | BMI 001452-53 |
| 216 | 2/24/95 | Notes re: meeting with Jan, Mick, and Dick Neal | BMI 001464 |
| 217 | 2/27/95 | Corrective Action Plan | BMI 000551-56 |

DEFENDANT'S WITNESS AND EXHIBIT LIST - 3
F:\DOCS\21026\65\24001PLD.DOC

Davis Wright Tremaine LLP
LAW OFFICES

| Exhibit Number | Document Date | Description | Document Production Numbers |
|---|---|---|---|
| 218 | 3/6/95 | Notes re: meeting with Mike, Jan, and Dick Neal | BMI 001500 |
| 219 | 3/13/95 | Notes from Weekly Performance Review Meeting with Mike Blackford and Jan Goolsbey | BMI 001506-507 |
| 220 | 3/20/95 | Notes from Weekly Performance Review Meeting with Mike Blackford, Dick Neal, and Jan Goolsbey | BMI 001526-27 |
| 221 | 3/23/95 | Facsimile cover sheet from J. Michael Blackford to Jan E. Goolsbey attaching Configuration Tracking Improvement Project Plan | BMI 001534-550 |
| 222 | 3/27/95 | E-mail message from Jan E. Goolsbey to Mike | BMI 003062-63 |
| 223 | 3/27/95 | E-mail message from J. Michael Blackford to Jan E. Goolsbey | BMI 001557-59 |
| 224 | 3/30/95 | Notes from Weekly Performance Review Meeting with Mike Blackford, Dick Neal, and Jan Goolsbey | BMI 000696-97 |
| 225 | 3/31/95 | E-mail message from J. Michael Blackford to Judy A. Thompson | BMI 000701 |
| 226 | 3/31/95 | E-mail message from Richard L. Neal to J. Michael Blackford | BMI 003107 |
| 227 | 3/31/95-4/2/95 | E-mail messages between Richard L. Neal and J. Michael Blackford | BMI 003286-87 |
| 228 | 4/3/95-4/4/95 | Letter from Jan E. Goolsbey to J. Michael Blackford attaching memorandum from Goolsbey to Blackford | JMB 57-58 |
| 229 | 4/3/95 | Battelle memorandum from Jan E. Goolsbey to Dan Lowe | JMB 59 |
| 230 | 4/4/95 | Battelle memorandum from Dick Neal | BMI 003116 |

DEFENDANT'S WITNESS AND EXHIBIT LIST - 4
F:\DOCS\21026\65\24001PLD.DOC

Davis Wright Tremaine LLP
LAW OFFICES

| Exhibit Number | Document Date | Description | Document Production Numbers |
|---|---|---|---|
| 231 | 4/10/95 | Hanford Environmental Health Foundation memorandum from Dan Lowe to Jan E. Goolsbey | BMI 000257 |
| 232 | 4/11/95 | Notes from meeting between Mick Blackford and Jan Goolsbey | BMI 000694 |
| 233 | 4/11/95 | E-mail message from Loren P. Henderson to Robert L. Crook, Robert A. Eades, Michael G. Foley, Bruce C. Garrett, Gregor L. Hanson, Donna M. Pimpao, James A. Wise, Loren P. Henderson, Lorna F. McGallian, and Richard L. Neal | BMI 002538 |
| 234 | 5/4/95 | E-mail message from James A. Wise to Loren P. Henderson | BMI 001049 |
| 235 | 5/10/95 | Memorandum from Subcommittee on Closing Costs, Copyright, and Veteran's Related Issues in J. Michael Blackford's Concern (Jim Wise and Mike Foley) to John Hirsch | BMI 003510-512 |
| 236 | 5/12/95 | Battelle memorandum from Gregor L. Hanson and Robert L. Crook to Loren P. Henderson | BMI 002519-522 |
| 237 | 5/18/95-5/25/95 | E-mail messages between Jan E. Goolsbey and J. Michael Blackford | BMI 001115-17 |
| 238 | 6/26/95 | E-mail message from Jan E. Goolsbey to Earl W. Heister | BMI 002281 |
| 239 | 6/27/95 | Battelle memorandum from Earl W. Heister to J. Michael Blackford [Blackford Dep. Exh. 17] | JMB 89-90 |
| 240 | 7/10/95 | E-mail messages between J. Michael Blackford and Earl W. Heister | BMI 000994-99 |
| 241 | 7/11/95 | E-mail message from Earl W. Heister to J. Michael Blackford | BMI 001008 |
| 242 | 8/23/95 | Development Planning and Review for J. Michael Blackford (signed) | BMI 000285-88 |
| 243 | 11/1/95 | J. Michael Blackford, 1/1/95-11/1/95, Distribution by Work Package | BMI 000229-30 |

DEFENDANT'S WITNESS AND EXHIBIT LIST - 5
F:\DOCS\21026\65\24001PLD.DOC

Davis Wright Tremaine LLP
LAW OFFICES

| Exhibit Number | Document Date | Description | Document Production Numbers |
|---|---|---|---|
| 244 | 12/16/95 | Manager's Summary of Performance for J. Michael Blackford | BMI 273-74 |
| 245 | 1/3/96 | Battelle memorandum from John S. Hirsch to J. Michael Blackford | BMI 003833 |
| 246 | 1/10/96-2/10/97 | Various E-mail messages | BMI 003433-497 |
| 247 | 1/20/97 | Systems Engineering Group 1996 Performance Review for J. Michael Blackford | BMI 000263-65 |
| 248 | 1/20/97 | Battelle memorandum from Earl W. Heister to J. Michael Blackford | BMI 000052-53 |
| 249 | 1/20/97 | Handwritten notes from meeting with Earl, Dick, and Mike Blackford | BMI 003175 |
| 250 | 4/9/97 | E-mail message from J. Michael Blackford to Bob | JMB 308-09 |
| 251 | 5/12/97 | E-mail message from Earl W. Heister | BMI 003176 |
| 252 | 5/12/97 | Battelle memorandum from Earl Heister to Michael Blackford | BMI 003432 |
| 253 | 6/23/97 | Battelle memorandum from Earl Heister to J. Michael Blackford | BMI 003558 |
| 254 | 8/12/97 | Draft memorandum from J. Michael Blackford [Blackford Dep. Exh. 3] | JMB 311-341 |
| 255 | 11/5/97 | Letter from Steven D. Dillingham/Department of Energy to Dr. William J. Madia/Pacific Northwest Laboratory | BMI 003538-541 |
| 256 | 12/18/97 | Letter from Boole & Babbage to Mike Blackford | |
| 257 | 12/22/97 | James Michael Blackford Application for Employment with Boole & Babbage | |
| 258 | 12/31/97 | Form 1040 Income Tax Return for James M. Blackford | JMB 458-464 |

DEFENDANT'S WITNESS AND EXHIBIT LIST - 6

F:\DOCS\21026\65\24001PLD.DOC

Davis Wright Tremaine LLP
LAW OFFICES

| Exhibit Number | Document Date | Description | Document Production Numbers |
|---|---|---|---|
| 259 | 2/4/98 | Letter from Sandra L. Schneider/Department of Energy to Dr. William J. Madia/Pacific Northwest Laboratory | BMI 002447 |
| 260 | 7/10/98 | Letter from Boole & Babbage to J.M. Blackford | |
| 261 | 8/24/98 | Letter from Stuart R. Dunwoody to Steven C. Lacy | |
| 262 | 8/28/98 | Letter from Steven C. Lacy to Stuart R. Dunwoody | |
| 263 | 12/31/98 | W-2 Wage and Tax Statement for James M. Blackford | |
| 264 | 1/8/99 | Defendant's First Interrogatories and Requests for Production and Answers Thereto | |

DATED this 13th day of April, 1999.

Davis Wright Tremaine LLP
Attorneys for Defendant

By _____
Stuart R. Dunwoody
WSBA #13948
Jin H. Kim
WSBA #21958

DEFENDANT'S WITNESS AND EXHIBIT LIST - 7

Davis Wright Tremaine LLP
LAW OFFICES

F:\DOCS\21026\65\2400IPLD.DOC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 13th day of April, 1999, I caused copies of the foregoing:

1. **DEFENDANT'S WITNESS AND EXHIBIT LIST**

to be served upon the following:

> Steven C. Lacy
> Lacy & Kane, P.S.
> 222 Eastmont Avenue
> P.O. Box 7132
> East Wenachtee, WA 98802
> FAX NO.: (509) 884-4805

(X) By United States Mail
( ) By Federal Express
(X) By Facsimile
( ) By Messenger

Dated this 13th day of April, 1999.

_____
DENISE A. O'CONNOR

DEFENDANT'S WITNESS AND EXHIBIT LIST - 8

Davis Wright Tremaine LLP
LAW OFFICES

F:\DOCS\21026\65\24001PLD.DOC